

FILED
CLERK, U.S. DISTRICT COURT
04/25/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

Jasmon Rogers
9500 Etiwanda Ave
Rancho Cucamonga, Calif.
91739

# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF CENTRAL DISTRICT

5:22-cv-00720-AB(JC)

Jasmon Rogers,
   Plaintiff,

VS.

COUNTY OF SAN BERNARDINO, et al.,
SHANNON D. DICUS, SHERIFF-CORONER
THE COUNTY OF SAN BERNARDINO,
PUBLIC OFFICER JIM CONSIDINE,
Sued in their individual and official capacities, defendant(s).

Case No.:
VERIFIED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. SEC. 1983 AND DEMAND FOR JURY TRIAL

Jurisdiction is invoked pursuant to 18 U.S.C.A. § 241, 28 U.S.C.A. § 1331, 28 U.S.C.A. § 1332, 28 U.S.C.A. § 1333 and 28 U.S.C.A. § 1335.

1 of 8

a. Parties to this previous lawsuit:
Plaintiff _____

Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure. Plaintiff has exhausted his administrative remedies before filing this complaint.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Jasmon Rogers**
(print plaintiff's name)
who presently ~~resides~~ detained at **9500 Etiwanda Ave, Rancho Cucamonga, California**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Central Detention Center (CDC) San Bernardino, California.**
(institution/city where violation occurred)

on (date or dates) **Nov 25, 2021**
_____(Claim I)_____ _____(Claim II)_____ _____(Claim III)_____

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **COUNTY OF SAN BERNARDINO** resides or works at
   (full name of first defendant)
   **1170 West 3rd Street, 2nd Floor, San Bernardino, California**
   (full address of first defendant)
   **Employer of defendant**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Is a quasi-government corporation that operates a detention center that fails to meet contemporary standards of decency or inmate safety under color of state law for profit.

2. Defendant **Jim Considine** resides or works at
   (full name of first defendant)
   **630 E. Rialto Ave, San Bernardino, California**
   (full address of first defendant)
   **Sheriff-Coroner Captain of Central Detention Center**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Captain is responsible for unlawful conditions of confinement that violate state and federal Constitutions against cruel and unusual punishment under color of state law.

3. Defendant **SHANNON D. DICUS** resides or works at
   (full name of first defendant)
   **1170 West 3rd Street, 2nd Floor, San Bernardino, California**
   (full address of first defendant)
   **SHERIFF-CORONER**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Responsible for unlawful conditions of confinement that violate state and federal Constitutions against cruel and unusual punishment under color of state law.

## CLAIM I

The following civil right was violated:
Eighth Amendment of the "Bill of Rights" of the United States Constitution as well as Article 1, section 17 of the California Constitution prohibition of cruel and unusual punishment.

## SUPPORTING FACTS

On or about January 23, 2020 Plaintiff a pretrial detainee was housed at Central Detention Center (CDC) a facility that is a site of numerous racial riots linked to poor conditions of confinement and a lack of secure environment for inmates.

Plaintiff who is domiciled in a state other than California witnessed a racial divid as well as racial tension among the inmates housed at CDC. As a result of this racial tension plaintiff suffered emotional and psychological injuries from being confined in such a negative atmosphere. Jim Considine who is responsible for jail operations has an inadequate system for preventing, detecting and responding to riots and inmate assaults leaving inmates at a substantial risk of serious harm or death. A risk that exists because jail policy and or customs provides inadequate supervision of inmates which presents opportunities for violent acts to occur.

SAN BERNARDINO COUNTY jail operations are riddled with conflicts of interest because the SAN BERNARDINO COUNTY SHERIFF department who is responsible for daily activities of jail and jail staff are the alter ego of COUNTY OF SAN BERNARDINO (CSB) a municiple for profit corporation.

4 of 8

SUPPORTING FACTS CONTINUED.

Their are fifty men confined in five cells that constitute a tier, this tier is overcrowded with no security or cameras or racial equality in regards to race division that are housed in a ten man cell or among fifty housed inmates on a single tier. Their are no maximum capacity signs posted on the tier. The conditions under which Plaintiff was housed at (CDC) violate contemporary standards of decency. Defendant(s) allowed an abandonment of supervision which resulted in an assault upon Plaintiff that cannot be justified as a legitamate incident of punishment but a crime of negligent neglect.

This conduct amounts to deliberate indifference to Plaintiff(s) civil rights as well as his health and safety.

Case 5:22-cv-00720-AB-JC   Document 1   Filed 04/25/22   Page 6 of 9   Page ID #:6

## PLAINTIFF DECLARATION

1. On or about November 25, 2021 at about 1 P.m. their was an incident
2. of some kind between the races which are indigenous Americans common-
3. ly mislabled as Blacks, Hispanic and Caucasians. I am not sure of
4. the cause for the racial tension. At about 4 p.m I laid down on my
5. rack because I had been awake since 6 a.m. I heard a noise that
6. sounded like fast moving feet at that point I was knocked unconscious
7. by a person or persons unknown. At about 11 p.m. I woke up in
8. Arrowhead regional hospital in extreme pain with a crushed cheek
9. bone and eye socket. Plaintiff found out that their had been a race
10. riot at (CDC) and Plaintiff was a victim. Plaintiff needed to have a
11. surgery called Orbital Mixelle surgery. This surgery consisted of
12. placing a metal plate over the crushed cheek bone and eye socket.
13. Medical staff told me that I would possibly have blured vision as
14. well as other complications due to the injury and the metal plate
15. inserted into my face. Plaintiff was hospitalized from November 25,
16. 2021 until December 2, 2021. The COUNTY OF SAN BERNARDINO and
17. it's SHERIFF department have a duty to protect detainee(s) from cruel
18. and unusual punishment, injury and unnatural death. who are housed
19. in it(s) detention centers. The COUNTY OF SAN BERNARDINO lack a policy
20. or custom to address racial tension and overcrowding at (CDC).
21. Because of this lack of policy to stop race riots it demonstrates a
22. reckless and callous indifference concerning inmates welfare, security
23. and Constitutional right to be free of cruel and unusual punishment.
24. Because of this callous indifference the SHERIFF department as well as
25. the COUNTY OF SAN BERNARDINO have full liability for Plaintiff(s) stated
26. injuries past and future.

## VERIFICATION

28. I, Jasman Rogers am the Plaintiff in this action. I have read the

6 of 8

fore written declaration and know it's contents. The contents are true and correct of my own knowledge. I declare under the penalty of that this declaration is true and correct and that it was executed on 22nd of March 2022 at Rancho Cucamonga, California.

Dated: 22nd of March 2022.

Jasmon Rogers/ Plaintiff in Pro Se
without Prejudice UCC 1-207/1-308

7 of 8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Pro Se lawyer Fee's.

2. My recourse for damages and injuries to be determined by jury trial.

March 22, 2022
(Date)

Without Prejudice (Signature of Plaintiff) UCC 1-207/1-308
Jasmon Rogers, Plaintiff In Pro Se

ROGERS
3320 PEACHTREE Ave
Louisville, KY 40215

U.S. District Court
Eastern Division of Central District
Pro Se Clerk: Room 134
3470 12th Street
Riverside, California
92501-3801



